# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BRIAN MICHAEL DOYLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV532** |
| vs. | ) | |
| | ) | **ORDER** |
| **COMMERCIAL FEDERAL** | ) | |
| **CORPORATION and** | ) | |
| **COMMERCIAL FEDERAL BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On July 1, 2005, plaintiff's attorney notified the court that the parties had reached a settlement on all pending claims. Accordingly,

**IT IS ORDERED:**

1. On or before **August 5, 2005**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The planning conference previously scheduled for **July 7, 2005** is canceled upon the representation that this case is settled.

**DATED July 5, 2005.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**