# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRIAN MICHAEL DOYLE,** ) | CASE NO. 8:04CV532 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL |
| **COMMERCIAL FEDERAL** ) | |
| **CORPORATION, COMMERCIAL** ) | |
| **FEDERAL BANK,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Stipulation for Dismissal (Filing No. 15). Having reviewed the Stipulation, I find that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii).

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 15) is approved, and the relief requested therein shall be granted;

2. The Complaint is dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 8th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge